# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

NICHOLAS WARNER JONES
PLAINTIFF

—vs.—

Case No.:
11-3120-RDB

J. MICHEAL STOUFFER

MARYLAND DIVISION OF CORRECTIONS HEADQUARTERS, et al.

Defendants

FILED LODGED RECEIVED
APR 24 2013
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# EXHIBIT LIST

| Numbers # | Descriptions |
|---|---|
| # 1. | November 11, 2012 Maryland Division of Correction Request For Administrative Remedy, hereinafter "MDDOC ARP" No. # JCI-2212-12 (1-27-2012), and Maryland Division of Corrections Headquaters Appeal of Administrative Remedy Response, hereinafter "MD DOC ARP Appeal No. # JCI-2212-12 (12/19/2012), 7-Pages. |
| # 2. | December 27, 2012, MD DOC ARP No. # JCI-0110-13, and MD DOC Headquaters ARP-Appeal No. # JCI-0110 (3/20/2013), 6-Pages. |

1.

# 3.

**MARCH 27,2013 ARP of FMD DOC No. # JCI-0681-13 (5/6/2013), 2-pages.**

Mr. Nicholas W. Jones

**Mr. Nicholas Wayner Jones**
**Pro-Se Plaintiff**

2.

CASE NO. **JCI-2212-12**                                                                   Appendix-6-to-DCD 185-002

## MARYLAND DIVISION OF CORRECTION
## HEADQUARTERS APPEAL OF
## ADMINISTRATIVE REMEDY RESPONSE
(Instructions for completing this form are on the back)

TO:   ☑ Commissioner of Correction... Appeal of (check one):   ☑ Dismissal for Procedural Reasons
                                                                ☑ Warden's Response
                                                                ☐ No Response from Warden

      ☐ Executive Director: Inmate Grievance Office

FROM: **Mr. Jones / Nicholas / Alias: Charles W.** #**171785**        **JCI**
      Last Name    First Name   Middle Initial      DOC Number      Institution

Housing Location **E-B-218**    Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☐

**Part A – REASON FOR APPEAL      Page ONE of TWO**

Dear Commissioner,
Jurisdiction by Mandamus still exist to pursue this action to ripeness, McClelland-vs-Cahand, 217 U.S. 268 at 279-280 (1910). This violation is not moot, standing still exist under: Timmerman-vs-Brown, 528 F.2d 811, at 814-815 (4th Cir. 1975), Ex Parte United States, 287 U.S. 241, at 247-248 (1932), Jenkins-vs-McKeithen, 395 U.S. 411, at 424 (1969), because MD DOC Lt. Brandon Barnette c.o.II had signed this ARP on 11-22-12 in my presence; a MD DOC Sergeant dismissed this ARP for procedural reasons on 11-30-2012, pending resubmission by 12-15-2012, MD DOC Lt. Stone c.o.II had 12-13-2012 refused to sign this ARP on 12/4/2012.

Date **12-13-2012**              Signature of Inmate  Alias: Mr. Charles Jones 171785  Mr. Nicholas W. Jones

**Part B – RESPONSE**



Date _____                       Signature of Commissioner _____

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**    Case No. _____

RETURN TO: _____
           Last Name    First Name    Middle Initial       DOC Number    Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

Dismissed for procedural reasons:
Final per DCD 185-003 VI.N.2
You failed to resubmit the request in accordance with the coordinator's instructions.

**12/19/12**                                              _____
Date                                                      Headquarters Coordinator

DOC Form 185-002fR (Rev. 07/08)

## MARYLAND DIVISION OF CORRECTION
## HEADQUARTERS APPEAL OF
## ADMINISTRATIVE REMEDY RESPONSE

(Instructions for completing this form are on the back)

TO: ☑ Commissioner of Correction... Appeal of (check one): ☑ Dismissal for Procedural Reasons

☑ Warden's Response

☐ No Response from Warden

☐ Executive Director: Inmate Grievance Office

FROM: **Jones / Nicholas / Charles W. #171785    JCI**
Last Name    First Name    Middle Initial    DOC Number    Institution

Housing Location **E-B-218**    Protective Custody ☐    Administrative Segregation ☐    Disciplinary Segregation ☐

---

**Part A – REASON FOR APPEAL**    Page Two of Two

Subsequently, the JCI-Warden Mr. John S. Wolfe sent this ARP-complaints back to me on 12-7-2012, after resubmissions were provided, whereby he advises the same futile ARP implementation! Hence, the two basis for remedy of constitutional violations in the amount of $1,000.00 U.S. currency punitive damages.

12-13-2012    Mr. Nicholas Warner Jones #171785,
Date    Signature of Inmate /Alias: Charles Jones

---

**Part B – RESPONSE**

Date    Signature of Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

---

**Part C – RECEIPT**    Case No. _____

RETURN TO: _____
Last Name    First Name    Middle Initial    DOC Number    Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

Date    Headquarters Coordinator

DOC Form 185-002fR (Rev. 07/08)

# JESSUP CORRECTIONAL INSTITUTION
## INMATE RESPONSE FORM

DATE  12/07/12

TO: Charles Jones     # 171-785     HOUSING E/B-218

FROM: John S. Wolfe, Warden

Receipt is acknowledged of your letter/request asking about:

ARP

I am forwarding your letter for handling to:

Assistant Warden _____     Chief Psychologist _____
Chief of Security _____     Case Management Supervisor _____
Shift Commander 7-3 _____   Case Management Manager _____
Shift Commander 3-11 _____
Shift Commander 11-7 _____  Other _____
Medical Administrator _____

ACTION TAKEN:

Your ARP request must be approved and signed by a supervisor and forwarded to the ARP Coordinator.

_____
Signature                Warden

Inmate Case Record
File

200-0-1aR

Appendix 3 to DCD 185-002

| Officer's Name: Print and Signature | Date |

CASE NO. JCI 2513-12

# MARYLAND DIVISION OF CORRECTION
# REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO: ☑ Warden of Institution

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Jones / Nicholas / Charles W.  ALIAS:  171-785  JCI
Last Name   First Name   Middle Initial   DOC Number   Institution

Housing Location E-B-218  Protective Custody ☐  Administrative Segregation ☐  Disciplinary Segregation ☐

**Part A – INMATE REQUEST**

On 1-19-2012, I had arrived at Jessup Correctional Institution and assigned to E-Building / B-Tier / Cell #218, where the window malfunctions from outside according to MD DOC Lieutenant Brandon Baynette C.O.II, and allows peril to my life and health, by exposure to 32° degrees through 44° degrees temperatures and body heat deprivation since. The plastic and tape given me by Sgt. Crump C.O.II blew open over the window.

12/3/2012
Date

Signature of Inmate: Mr. Nicholas Werner Jones Alias Charles Jones 171785

**Part B – RESPONSE**

Date                                    Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**        Case No. _____

RETURN TO: _____
Last Name   First Name   Middle Initial   DOC Number   Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

Date                                    Institutional ARP Coordinator

Original: White – Institutional ARP Coordinator
Copy:    Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

Part A (Continued) – INMATE REQUEST

Pursuant to Title 18 U.S.C. Section 1621, and 28 U.S.C. Section 1746, I, Mr. Nicholas Wayne Jones, alias: Charles Jones ID#171785, being a citizen of United States of America, Age: 50, and legally competent to give evidence and participate in judicial process, declares and affirms, upon my personal knowledge and under penalty of perjury that the facts herein and signature hereunder are true.

This confinement condition is per se cruel and unusual punishment under McCray–vs–Burrell, 516 F. 2d 357, at 368-369 (4th Cir. 1975) (En Banc).

Consequently you have been notified.

Also, regarding your resubmission request, on 12/4/2012, approximately 10:00 A.M., Lieutenant Stone C.O.II refused to sign it and told me "do I think I am in a _Hotel_ ?!" Then she told me she would get the inmate "Tier Reps" to learn whom else and how many other prison inmates share my complaint before contacting Maintenance again!!

cc: U.S. Dept. of Justice Civil Rights Division.

12/3/2012
Date

Mr. Nicholas Warner Jones
Mr. Nicholas Warner Jones, 171785,
Inmate's Name: Print and Signature       DOC #
Alias: Mr. Charles Jones 171785.

Officer's Name: Print and Signature _____ Date _____

CASE NO. JCI 2212-12

# MARYLAND DIVISION OF CORRECTION
# REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO: ☑ Warden of Institution

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Mr. Jones, Nicholas\Charles W. Alias: #171-785 JCI
Last Name / First Name / Middle Initial — DOC Number — Institution

Housing Location: E-B-218  Protective Custody ☐  Administrative Segregation ☐  Disciplinary Segregation ☐

---

**Part A – INMATE REQUEST** Page 1 of 2

Dear Managing Warden of JCI,
Pursuant to Title 18 U.S.C. Section 1621 and 28 U.S.C. Section 1746, I, Mr. Nicholas Warner Jones, Alias: Mr. Charles Jones ID #171785, being a citizen of United States of America, Age: 50, and legally competent to give evidence and participate in judicial proceedings, declares and affirms, upon my personal knowledge and under penalty of perjury that the facts herein are true. Mr. Nicholas W. Jones

Date: 11-27-2012
Signature of Inmate Alias: Charles Jones

---

**Part B – RESPONSE**

_____

Date _____  Signature of Warden _____

You may appeal this response by following the procedure prescribed on the back of this form.

---

**Part C – RECEIPT**   Case No. JCI 2212-12

RETURN TO: Jones Charles  171-785  JCI
Last Name / First Name / Middle Initial — DOC Number — Institution

I acknowledge receipt of your complaint dated 11/27/12 in regard to: [illegible handwriting] 12/15/12. Complete & correct forms provided.

11/30/12
Date _____  Institutional ARP Coordinator _____

Original: White – Institutional ARP Coordinator
Copy: Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

Appendix 3 to DCD 185-002

Officer's Name: Print and Signature _____ Date _____

CASE NO. _____

# MARYLAND DIVISION OF CORRECTION
# REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO: ☑ Warden of Institution

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Mr. Jones, Nicholas \ ALIAS: Charles  W.   #171-785   JCI
       Last Name  First Name   Middle Initial   DOC Number   Institution

Housing Location E-B-218   Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☐

**Part A – INMATE REQUEST**

ON: 11-19-2012 I had arrived at Jessup Correctional Institution and assigned to E-Building/B-Tier/Cell#218, where the window malfunctions from outside, according to Lieutenant Brandon Baynette c.o. IV and allows peril to my life and my health by exposure to 32°F through 44°F temperatures and heat/body-heat deprivation since! This confinement is Cruel and Unusual Punishment under McCray -vs- Burrell 516 F.2d 357 at 368-369 (4th Cir. 1975) (En Banc)

11-27-2012
Date

Signature of Inmate
Mr. Charles Jones 171785

**Part B – RESPONSE**

Date _____   Signature of Warden _____

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**   Case No. _____

RETURN TO: _____   _____   _____
            Last Name  First Name  Middle Initial   DOC Number   Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

Date _____   Institutional ARP Coordinator _____

Original: White – Institutional ARP Coordinator
Copy: Canary – Inmate

DOC Form 185-002c (Rev. 7/08)

[Stamps: Warden's Office Received NOV 28 2012 JCI]

CASE NO. JCI-0110-13

Appendix 6 to DCD 185-002

## MARYLAND DIVISION OF CORRECTION
## HEADQUARTERS APPEAL OF
## ADMINISTRATIVE REMEDY RESPONSE

(Instruction for completing this form are on the back)

RECEIVED

FEB 27 2013

DIVISION OF CORRECTION
ARP/IGP UNIT

TO:  ☑ Commissioner of Correction... Appeal of (check one):
- ☐ Dismissal for Procedural Reasons
- ☑ Warden's Response
- ☐ No Response from Warden

☐ Executive Director: Inmate Grievance Office

FROM: **Mr. Jones / Nicholas       W.       171785       JCI**
Last Name / First Name    Middle Initial    DOC Number    Institution

Housing Location **E-B-218**   Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☐

### Part A – REASON FOR APPEAL

**ATTENTION COMMISSIONER:**
The problem with the transaction described to JCI-Warden John S. Wolfe is stated by the UNANIMOUS OPINION of the Maryland Court of Appeals in Ford-vs.-STATE of MARYLAND, 330 Md. 682, at 699 (1993):

"AN ASSAULT by its very nature, however occurs without ANY touching AT ALL. Maryland recognizes Forms of ASSAULT: (1) AN Attempt to commit A battery or

2/15/2013                                     Mr. Nicholas Warner Jones
Date                                                Signature of Inmate

### Part B – RESPONSE

SEE ATTACHED

Part A (Continued) – REASON FOR APPEAL

(2) An intentional placing of another in apprehension of recieving an immediate battery." Id. at 699; Jenkins-vs-Averette, 424 F.2d 1228, 1231 (4th Cir. 1970); Runnels-vs-Rosendale, 499 F.2d 733, at 735 (9th Cir. 1974); Rochin-vs-State of California, 342 U.S. 165, 169 (1952).

Freedom from Assault is a constitutional liberty, Jenkins-vs-Averett, supra.

Additionally, in-custody interrogations for "contraband" by officers of the state while assaulted is contextually defective under Gray-vs-Spillman, 925 F.2d 90, at 93-94 (4th Cir. 1991); Michigan-vs-Mosley, 423 U.S. 96, at 105-106 (1975), the law.

In light of the foregoing law, you may want to re-think the policies in question or not?

2/15/2013
Date

Mr. Nicholas Warner Jones
Mr. Nicholas Warner Jones 171785
Inmates Name: Print and Signature   DOC #

**CASE NO.  JCI-0110-13**                                      **Charles Jones #171785**

Part B – Response

Your appeal has been investigated and is hereby dismissed. The Warden fully addressed your initial complaint. You failed to provide any additional evidence to substantiate your claim that any DPSCS policies or procedures have been violated. No further action is warranted through the ARP process.

3/20/13
Date

Signature of Commissioner

Appendix 3 to DCD 185-002

Officer's Name: Print and Signature _____ Date _____

CASE NO. JCI 0110-13

# MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO: ☑ Warden of Institution

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Mr. Jones, Nicholas / ALIAS: Charles W. — 171785 — JCI
       Last Name / First Name / Middle Initial — DOC Number — Institution

Housing Location: E-B-218  Protective Custody ☐  Administrative Segregation ☐  Disciplinary Segregation ☐

### Part A – INMATE REQUEST

At approximately 8:30 A.M., on 12/27/2012 at Jessup Correctional Institution in E-Building, B-Tier—Cell #218, Maryland Division of Corrections officers For Security Arrived, demanding to strip-search me, which Mr. Boyede c.o.II whom threatened violent Force Against me if I look at him, AND Two others Present conducted.

12/27/2012 — Date

Signature of Inmate: Pvt. Nicholas Warner Jones I.D. 171785 ALIAS: Charles Jones

### Part B – RESPONSE

— SEE attached —

Date _____  Signature of Warden _____

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C – RECEIPT

Case No. JCI 0110-13

RETURN TO: Jones  Nicholas  171-785  JCI
           Last Name / First Name / Middle Initial — DOC Number — Institution

I acknowledge receipt of your complaint dated 12/27/12 in regard to: Staff Complaint

1/22/13
Date

Sgt. Shakle
Institutional ARP Coordinator

Original: White – Institutional ARP Coordinator
Copy: Canary – Inmate

DOC Form 185-002c (Rev. 7/08)

Part A (Continued) – INMATE REQUEST

The other officer said, "this search is random" and he asked me whether I had any contraband, and handcuffed my hands behind me and coerced only me to sat down in front my assigned, general-population prison-cell, while concomitantly, the officer in the Building Control Center, Mr. Adazu,c.o.II, kept insinuating that I was resisting, refusing to exit the cell, a tactic by design to provoke my beating by use of physical force!

Moreover, I am singled out solely because of my past, imposed condition of servitude, from approximately 50 prison-cells of double-occupant capacity for a "strip-search" of my body, absent any clear and presently dangerous circumstances. I have been here one month! I have not been able to get to see a Lieutenant to sign this complaint since 12/27/2012.

cc: United States Department of Justice
— Civil rights Division.

Pursuant to 28 U.S.C. Section 1746 and 18 U.S.C. Section 1621, I, Nicholas Warner Jones, being age: 50 and competent to give evidence and participate in judicial proceedings, declares and affirms the truth of the foregoing facts, upon ~~~~~~~~~~ personal knowledge and perjury.

12/27/2012
Date

Inmate's Name: Print and Signature: Mr. Nicholas W. Jones  DOC #

Mr. Nicholas Warner Jones, 171785

Administrative Remedy Procedure
# EXTENSION FORM

TO: _Charles Jones_  _171-785_, Inmate Name and DOC Number

_JCF_ Institution

Under the provisions of DCD 185-002, the _Warden Wolfe_ is permitted one extension of 15 calendar days to respond to a request for administrative remedy. Please be advised that the permitted extension is required in order to properly respond to your _JCI 0661-13_ Request or Appeal. The new due date for response is _05/06/2013_ Date.

_[signature]_ Warden/ Commissioner or Institutional/ Headquarters Coordinator

_03/29/2013_ Date

DOC Form 185-002dR (Rev. 7/08)

Appendix 3 to DCD 185-002

_J. J. Riley_     3-22-13
Officer's Name: Print and Signature     Date

CASE NO. _JCI-0681-13_

## MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO: ☑ Warden of Institution

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: **Mr. Jones, Nicholas/Charles W.** #171785  JCI
Last Name  First Name  Middle Initial  DOC Number  Institution

Housing Location **E-B-218**   Protective Custody ☐  Administrative Segregation ☐  Disciplinary Segregation ☐

### Part A – INMATE REQUEST

**ON March 20, 2013, and March 21, 2013, the Maryland State Division of Corrections' Healthcare Contractor presently at Jessup Correctional Institution (P.O. Box #534, Route #175, Jessup, Maryland 20794), have refused to process and deliver to Me My prescribed, 100 Mg Lyrica, Neural-Pain Medicine For the second time;**

Date: 3/21/2013     Signature of Inmate: _Mr. Nicholas Warren Jones_

### Part B – RESPONSE

Date _____     Signature of Warden _____

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C – RECEIPT     Case No. JCI 0681-13

RETURN TO: _Jones_   _Charles_   _____   171-785   JCI
Last Name  First Name  Middle Initial  DOC Number  Institution

I acknowledge receipt of your complaint dated _3/21/2013_ in regard to: _Medical_

_03/22/2013_     _____
Date     Institutional ARP Coordinator

Original: White – Institutional ARP Coordinator
Copy:    Canary – Inmate

DOC Form 185-002c (Rev. 7/08)

Appendix 3 to DCD 185-002

Officer's Name: Print and Signature: _U. J. Riley_   Date: 3-22-13

CASE NO. **JCI-0681-13**

# MARYLAND DIVISION OF CORRECTION
# REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO: ☑ Warden of Institution

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: **Mr. Jones, Nicholas / Charles   W.   #171785   JCI**
　　　　Last Name　　　First Name　　Middle Initial　　DOC Number　　Institution

Housing Location **E-B-218**   Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☐

## Part A – INMATE REQUEST

On March 20, 2013, and March 21, 2013, the Maryland State Division of Corrections' Healthcare Contractor presently at Jessup Correctional Institution, (P.O. Box #534, Route #175, Jessup, Maryland 20794), have refused to process and deliver to me my prescribed, 100mg Lyrica, Neural-Pain Medicine for the second time.

Date: 3/21/2013

Signature of Inmate: Mr. Nicholas Warner Jones

## Part B – RESPONSE

Date: _____   Signature of Warden: _____

You may appeal this response by following the procedure prescribed on the back of this form.

## Part C – RECEIPT

Case No.: _____

RETURN TO: _____
　　　　　Last Name　　First Name　　Middle Initial　　DOC Number　　Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

Date: _____   Institutional ARP Coordinator: _____

Original: White – Institutional ARP Coordinator
Copy: Canary – Inmate

DOC Form 185-002c (Rev. 7/08)

### Part A (Continued) – INMATE REQUEST

The first time occurred from February 13, 2013 through March 2, 2013. Two nights ago March 19, 2013, the Controlled Medication Dispensary Nurse Gwen told me she had went over to Regional Dispensary/Infirmary to fax my 100mg Lyrica prescription approved 2-27-2013 by the Medical Director according to Physician Assistant Mike Roman's computer and him.

Notice is hereby provided of intent to prosecute lawsuit because of you have negligently hired and retained a malignantly torturingly instrumentally to execute your healthcare responsibilities.

Authorities: Williams -vs- United States, 34 U.S. 97 at 101 (1951);
Lee -vs- Armstead, 582 F.2d 1291 at 1295 n.3 (4th Cir. 1978);
G.C. Simkins -vs- The Moses H. Cone Memorial Hospital Inc., 323 F.2d 959 at 966-968 (4th Cir. 1963)(En banc);
Runnels -vs- Rosendale, 499 F.2d 933, at 935 (9th Cir. 1974).

Pursuant to 28 U.S.C., Section 1746, and 18 U.S.C., Section 1621, I, Mr. Nicholas Wayner Jones, being age 51, and born a citizen of United States of America in Baltimore City Maryland, and competent to participate in judicial proceedings and give evidence declares and affirms the truth of my personal knowledge of all the facts herein, under penalty of perjury.

*Mr. Nicholas Warner Jones*

3/21/2013    Mr. Nicholas Wayner Jones / 171785
Date         Inmate's Name: Print and Signature    DOC #

cc: Attorney General of United States, Civil Rights Division.

Mr. Nicholas Warner Jones
The Plaintiff
Jessup Correctional Institution
P.O. Box #534, Route #175
Jessup, Maryland 20794

April 22, 2013

RE: Civil Action No.#
CA-11-3120-RDB
Jones-vs-MD DOC, et al.

Office Of Clerk,
Garmatz Building U.S. Courthouse,
United States District Court For the
District of Maryland,
101 West Lombard Street, Baltimore, Maryland
20201

FILED ___ ENTERED
___ RECEIVED
___ 2013
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Dear Clerk of Court:
Please enter upon the above-referenced docket to notify Judge Richard D. Bennett of Plaintiff's attached exhibit-List of Status Reports, and acknowledge reciept of same by providing to Plaintiff a current docket-entries in any event?

Thank you, Madam/Sir.

Enclosures: C

Respectfully

Mr. Nicholas W. Jones